Case: 1:25-cv-09115 Document #: 1 Filed: 08/01/25 Page 1 of 2 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

BC  AXK

**RECEIVED**
8/1/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| ALI AFSHAR doing business as Age Reversal Unity | ) | United States District Court |
| | ) | Northern District of Illinois |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | **1:25-cv-09115** |
| ABBVIE INC., BAXTER INTERNATIONAL INC., TAKEDA PHARMACEUTICALS U.S.A., INC., HORIZON PHARMA USA, INC., Defendant | ) ) | **Judge Georgia N. Alexakis** **Magistrate Judge Jeffrey T. Gilbert** **RANDOM / Cat. 1** |

**COMPLAINT**

**I. Introduction**
1. Plaintiff Ali Afshar, individually and doing business as Age Reversal Unity, a non-corporate entity wholly owned by Plaintiff, brings this action against Defendants AbbVie Inc., Baxter International Inc., Takeda Pharmaceuticals U.S.A., Inc., Horizon Pharma USA, Inc. for violating the Sherman Antitrust Act, 15 U.S. clinical trials on aging to cure aging, harming Plaintiff and the public.
2. Plaintiff seeks to compel Defendants to conduct clinical trials to develop therapies that cure aging by 2030, addressing a critical public health need.

**II. Jurisdiction and Venue**
3. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and antitrust jurisdiction under 15 U.S.C. § 15, as the claims arise under the Sherman Act.
4. Venue is proper under 28 U.S.C. § 1391(b) because all Defendants are headquartered in this District, and the alleged conspiracy occurred here.

**III. Parties**
5. Plaintiff Ali Afshar is an individual residing in 100 Pearl St, New York , NY, 10004 and owner of Age Reversal U Unity which is not a separate legal entity but is wholly owned and controlled by Plaintiff as an individual. Plaintiff is the real party interest.
6. Defendants are pharmaceutical companies headquartered in this District: AbbVie Inc. (North Chicago, IL), Baxter International Inc. (Deerfield, IL), Takeda Pharmaceuticals U.S.A., Inc. (Deerfield, IL), Astellas Pharma US, Inc. (Northbrook, IL), Horizon Pharma USA, Inc. (Deerfield, IL), and Lundbeck Inc. (Deerfield, IL).

**IV. Factual Allegations**

7. Aging is a treatable condition, as shown by scientific research (e.g., metformin's TAME trial, senolytics by Unity Biotechnology), but Defendants, major players in pharmaceutical R&D, have failed to conduct clinical trials to cure aging.

8. Defendants profit billions annually from drugs treating age-related diseases (e.g., AbbVie's Humira), creating an incentive to suppress aging research that could disrupt their market.

9. Plaintiff alleges Defendants conspired to avoid aging trials, restraining trade in the market for anti-aging therapies, delaying access to life-extending treatments.

10. Plaintiff, as an aging individual and advocate, is harmed by delayed access to therapies, suffering potential health decline and financial burdens from untreated aging.

**V. Claim for Relief: Sherman Antitrust Act Violation**

11. Defendants' conspiracy to suppress clinical trials on aging violates Section 1 of the Sherman Act, 15 U.S.C. § 1, by restraining trade in the market for anti-aging therapies.

12. This conduct harms competition, innovation, and consumers, including Plaintiff, by denying access to potential cures for aging.

**VI. Prayer for Relief**

Plaintiff respectfully requests:

a. An injunction compelling Defendants to conduct clinical trials on aging to develop cures by 2030;

b. Treble damages under 15 U.S.C. § 15 for harm caused by delayed access to therapies;

c. Costs and such other relief as the Court deems just.

**VII. Certification**

I, Ali Afshar, certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 31, 2025
/s/ Ali Afshar
Signature:
Ali Afshar, Pro Se
100 pearl st, New York, NY, 10004
6268882334
aliafshar2019a@gmail.com