# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Ali Afshar
                        Plaintiff,

v.                                                     Case No.: 1:25−cv−09115
                                                          Honorable Georgia N. Alexakis

AbbVie Inc, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: Following its dismissal of Afshar's amended complaint, the Court granted Afshar until October 17, 2025, to file a second amended complaint. [9] at 3. It cautioned him that a failure to do so would result in the dismissal of this action with prejudice. Id. October 17, 2025, has since passed, and Afshar has failed to file a second amended complaint. This action is therefore dismissed with prejudice. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.