# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Ali Afshar,

Plaintiff(s),

v.

AbbVie Inc., Baxter International, Inc., Takeda Pharmaceuticals, U.S.A., Inc., Horizon Pharma USA, Inc.,

Defendant(s).

Case No. 25-cv-9115
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendants. Plaintiff failed to file an amended complaint curing deficiencies; the action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion/order dated 10/31/25.

Date: 11/3/2025

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk